UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BRUISTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEBBIE ASUNCION, et al.,<br><br>　　　　　Defendants. | Case No. CV 17-05106 PSG (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Dkt. No. 58; the Motion for Summary Judgment filed by Defendants Giordano, Parker, Spencer and Solorzano (collectively, "Defendants"), Dkt. No. 185; Plaintiff's Opposition to the Motion for Summary Judgment, Dkt. No. 187; Defendants' Reply, Dkt. No. 188; the Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 191; Plaintiff's Objections to the Report, Dkt. No. 193; and all of the other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Report to which Plaintiff has objected. The Court is not persuaded by Plaintiff's Objections and hereby accepts and adopts the Magistrate Judge's findings, conclusions, and recommendations.

///

///

Accordingly, IT IS ORDERED that:

(1) Defendants' Motion for Summary Judgment is GRANTED;

(2) Plaintiff's First Amended Complaint is dismissed without prejudice as to Defendants Giordano and Parker for failure to exhaust administrative remedies; and

(3) Plaintiff's First Amended Complaint is dismissed with prejudice as to Defendants Spencer and Solorzano.

DATED: 10/26/2020

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE