FILED
CLERK, U.S. DISTRICT COURT
10/30/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BRUISTER,<br><br>Plaintiff,<br><br>v.<br><br>DEBBIE ASUNCION, et al.,<br><br>Defendants. | Case No. CV 17-05106 PSG (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is dismissed without prejudice as to Defendants Giordano and Parker and dismissed with prejudice as to Defendants Spencer and Solorzano. This action is dismissed.

DATE: 10/26/2020

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE